FILED
SEP - 4 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chase Carmen Hunter,  )  <br> )  <br> Plaintiff,  )  <br> )  <br> v.  )  <br> )  <br> )  <br> Scott Harris,  )  <br> )  <br> Defendant.  ) | Case: 1:15-cv-01456 <br> Assigned To : Unassigned <br> Assign. Date : 9/4/2015 <br> Description: Pro Se Gen. Civil (F) |

## MEMORANDUM OPINION

This action is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of an action "at any time" the Court determines that it lacks subject matter jurisdiction).

Plaintiff, a resident of Walnut California, has brought a declaratory judgment action against the Clerk of the Supreme Court for failing to accept her petitions. The Declaratory Judgment Act authorizes the court to "declare the rights . . . of any interested party" but only "[i]n a case of actual controversy within its jurisdiction[.]" 28 U.S.C. § 2201(a). "A 'controversy' in this sense must be one that is appropriate for judicial determination." *Aetna Life Ins. Co. of Hartford, Conn. v. Haworth*, 300 U.S. 227, 240 (1937). "[I]t seems axiomatic that a lower court may not order the judges or officers of a higher court to take an action." *Panko v. Rodak*, 606 F.2d 168, 171 n.6 (7th Cir. 1979), *cert. denied*, 444 U.S. 1081 (1980); *accord In re*

1

*Marin*, 956 F.2d 339, 340 (D.C. Cir. 1992).  Consequently, this case will be dismissed.  A separate order accompanies this Memorandum Opinion.

Date: September 2nd, 2015              _____
                                        United States District Judge